# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 11-212 |
| AUSTIN AYERS WINTHER | : |

## ORDER

**AND NOW**, this 17th day of May, 2011, upon consideration of Defendant's Motion for Bail (Doc. No. 18, filed April 27, 2011), and the Government's Opposition to Defendant's Motion for Pretrial Release (Doc. No. 21, filed May 4, 2011), the Court having conducted an evidentiary hearing and heard oral argument on May 16, 2011, for the reasons set forth in the memorandum dated May 17, 2011, **IT IS ORDERED** that Defendant's Motion for Bail is **DENIED**.

It is **FURTHER ORDERED** that:

1. The defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined

shall deliver the person to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**
**JAN E. DUBOIS, J.**